UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKY TADEO, AS TRUSTEE OF THE JOHN E. MILBAUER TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) ) | CIVIL ACTION NO. |
| GREAT NORTHERN INSURANCE COMPANY and MICHAEL McDOWELL, | ) ) ) ) | 3:20-CV-0147-G |
| Defendants. | ) ) | |

### ORDER

The defendant Great Northern Insurance Company's motion for reconsideration (docket entry 31) is **GRANTED**.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that all claims asserted against the defendant Michael McDowell in this action are hereby **DISMISSED** with prejudice, with all parties to bear their own costs with respect to same.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's claims against the defendant Great Northern Insurance Company are unaffected by this order.

**SO ORDERED.**

October 5, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　A. JOE FISH
　　　　　　　　　　　　　　　　　**Senior United States District Judge**