UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKY TADEO, AS TRUSTEE OF THE JOHN E. MILBAUER TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| GREAT NORTHERN INSURANCE COMPANY, | ) ) ) ) | 3:20-CV-0147-G |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' joint motion to dismiss with prejudice (docket entry 49) is **GRANTED**.

Therefore, it is **ORDERED** that any and all claims and causes of action the plaintiff has asserted against the defendant in this lawsuit are hereby **DISMISSED** with prejudice to the refiling of same.

It is further **ORDERED** that all costs of court and attorneys' fees shall be taxed to the party incurring same.

**SO ORDERED**.

September 20, 2021.

_____
**A. JOE FISH**
**Senior United States District Judge**